IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JONATHAN RAUSCH,

      Plaintiff,                         JUDGMENT IN A CIVIL CASE

v.                                        16-cv-555-wmc

BRANDON BORTZ and K. DUTTON,

      Defendants.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff Jonathan Rausch leave to proceed on any claim and dismissing this case for failure to state a claim upon which relief may be granted.

/s/                                          11/8/2017

_____   _____
    Peter Oppeneer, Clerk of Court                Date