IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

Jonathan Rausch-Plaintiff/Appellant,   Case No. 16-CV-555wmc

V.

Brandon Bortz
&
K. Dutton-Defendants/ Respondents.

## NOTICE OF APPEAL:

Notice is hereby given that, Jonathan Rausch, plaintiff in the above-named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the opinion and Order of the United States District Court for the Western District of Wisconsin entered on the 8 th day of November 2017, by the Honorable Judge, William Conley.

Notice is Hereby Given.

Respectfully Submitted,

Jonathan Rausch-Appellant

11-27-2017

2017 DEC -4 PM 2:40
PETER OPPENEER
CLERK US DIST COURT
WD OF WI
DOC NO REC'D/FILED